```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAIAH MUHAMMAD,

                Plaintiff,

-against-

C.O. NEWTON; C.O. JEFFERY; C.O. MARINO; CAPTAIN FERBER; CITY OF NEW YORK,

                Defendants.

20-CV-8343 (VEC)

ORDER OF SERVICE

---

VALERIE CAPRONI, United States District Judge:

    Plaintiff, currently detained in the Manhattan Detention Center, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants used excessive force against him in violation of his constitutional rights. By order dated October 7, 2020, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*.

## DISCUSSION

    The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York, Captain Ferber (#1224), and Correction Officers Newton (#18195), Jeffery (#14910), and Marino (#11790) waive service of summons.

    Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the date of this order, Defendants must serve responses to these standard discovery requests. In their

responses, Defendants must quote each request verbatim.[1]

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package. Local Civil Rule 33.2 applies to this action.

The Clerk of Court is further directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants the City of New York, Captain Ferber (#1224), and Correction Officers Newton (#18195), Jeffery (#14910), and Marino (#11790) waive service of summons.

SO ORDERED.

Dated: October 9, 2020
       New York, New York

_____
VALERIE CAPRONI
United States District Judge

---

[1] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, he may request them in from the Pro Se Intake Unit.