Case 1:20-cv-08343-VEC-JLC   Document 23   Filed 09/29/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ISAIAH MUHAMMAD,

        Plaintiff,

        -v-

C.O. NEWTON et al.,

        Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-8343 (VEC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

Plaintiff proceeding *pro se* commenced this case by filing a complaint on October 6, 2020 (Dkt. No. 2) with the mailing address of Manhattan Detention Center, 125 White Street, New York, NY 10013. On July 19, 2021, the Court mailed a copy of an order (Dkt. No. 20) to plaintiff at that address, and on July 29, 2021 it was returned to sender. On August 31, 2021, the Court mailed a copy of a subsequent order (Dkt. No. 22) to plaintiff at that same address, and on September 21, 2021 it was again returned to sender.

Plaintiff is hereby directed to update his mailing address with the Court no later than **October 13, 2021**. Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. This order is being sent to 1100 West Farms Road, Apt. 2B, Bronx, New York, 10459, an address provided to the Court by plaintiff's parole officer upon inquiry.

The Court further directs counsel for defendants to inform the Court of any additional known mailing address for plaintiff.

**SO ORDERED.**

Dated: September 29, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

A copy of this Order has been mailed to the following address by chambers:

Isaiah Muhammad
1100 West Farms Road, Apt. 2B
Bronx, NY  10459