UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISAIAH MUHAMMAD,

                Plaintiff,                      20 **CIVIL** 8343 (VEC)

     -against-                                    **JUDGMENT**

C.O. NEWTON, et al.,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 14, 2022, the R&R is adopted in full, Defendants' motion to dismiss is GRANTED, and Plaintiff's complaint is DISMISSED without prejudice. Because the R&R gave the parties adequate warning, see R&R, Dkt. 28 at 12, the failure to file any objections to the R&R precludes appellate review of this decision. See Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). Because appellate review is precluded, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and, therefore, permission to proceed in forma pauperis for purposes of appeal is denied; accordingly, the case is closed.

**Dated:** New York, New York
         April 21, 2022

                                                          **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                                  **BY:**

                                                               **Deputy Clerk**